IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION 11-0098-WS-B |
| SHARANDA PARKER, et al., ) ) | |
| Defendants. ) | |

ORDER

By order entered September 27, 2011, the Court granted the plaintiff's motion to pay funds into court and ordered the plaintiff to deposit into the registry of the Court the $51,000 plan benefits, plus accrued interest to the date of deposit. (Doc. 44 at 2). The plaintiff has yet to do so. Accordingly, the plaintiff is **ordered** to show cause, on or before **October 27, 2011**, for its failure to comply with the Court's order.

Also on September 27, the Court ordered the plaintiff to file and serve, on or before October 10, any supplemental response in support of its unsupported request for costs and attorney's fees. (Doc. 44 at 1-2). The plaintiff declined to do so. Accordingly, and for the reasons set forth in *In re: Mandalay Shores Cooperative Housing Association, Inc.*, 21 F.3d 380 (11th Cir. 1994), the plaintiff's request for costs and attorney's fees, (Doc. 40 at 2, 4), construed as a motion, is **denied**. The plaintiff will be awarded no attorney's fees or costs in connection with this action.

DONE and ORDERED this 20th day of October, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE