## Nikki Grider

**From:** Brad Kittrell
**Sent:** Sunday, April 15, 2012 2:24 PM
**To:** Nikki Grider
**Subject:** FW: MET LIFE V. Sharanda Parker

Please print

**From:** Blake Liveoak [mailto:bliveoaklaw@gmail.com]
**Sent:** Friday, April 13, 2012 1:22 PM
**To:** Brad Kittrell
**Subject:** Re: MET LIFE V. Sharanda Parker

No.

Sent from my iPhone

On Apr 13, 2012, at 1:05 PM, Brad Kittrell <BKittrell@taylormartino.com> wrote:

> Blake: what is your position in this case? We need that to move forward. I note that the contract mentioned in your answer for the $15,000 or so bill is based on Sharanda Parker's signature. She has not appeared in this case and not sure that she can now unless the court allows it. do you intend to move forward?
>
> <image001.jpg>
> W. Bradford Kittrell
> Taylor • Martino
> (251) 433-3131 *telephone*
> (251) 378-0128 *direct*
> (251) 405-5080 *facsimile*
> (251) 709-0690 *mobile*
> bkittrell@taylormartino.com
>
> This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone at 1-800-256-7728 or e-mail and destroy the original message without making a copy.



EXHIBIT A

1