IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,                                                                :

Vs.                                                                                   : CASE NO. CV-11-00098-WS-B

SHARANDA PARKER, S.M. (A MINOR),

A.K.M. (A MINOR), A.M. Jr. (A MINOR),

AND CHRISTIAN MEMORIAL FUNERAL HOME,

    Defendant.                                                         :

**PRETRIAL DISCLOSURES OF GUARDIAN AD LITEM JAN JONES**

    Comes now Jan Jones, Esq., Guardian Ad Litem for A.M. Jr., and files her pretrial disclosures:

A. **WITNESSES**: Expect to call Heiress Kidd, 583 Mexboro Road, Frisco City, AL (251) 362-0616.

B. **DEPOSITIONS, WITNESSES WHOSE TESTIMONY WILL BE PRESENTED BY**: NONE

C. **DOCUMENTS EXPECTED TO BE OFFERED**: Results of DNA testing, death certificate of Antonio Murphy, assignment of life insurance proceeds to Christian Memorial Funeral Home signed by Sharanda Parker, birth certificate of A.M. Jr., Summary Plan of Georgia Pacific's Life and AD& D Insurance Plan, birth certificate of A.M.Jr.

D. **Documents or other exhibits:** Any documents exchanged in discovery, any documents provided by the Plaintiff in this matter, including but not limited to Plaintiff's Production with Complaint, any documents or other exhibits offered by any other party, rebuttal documents.

        Respectfully submitted,

        S/JAN JONES (JONE6067)
        456 Conti Street

                                      Mobile, AL 36602

                                      (251) 438-1444

                                      (251) 438-2977 (fax)

**CERTIFICATE OF SERVICE**

      I do hereby certify that I filed the foregoing  with the Clerk of the Court utilizing the CM/ECF electronic filing system which automatically serves all interested parties: Brad Kittrell, Esq., P.O. Box 894, Mobile, AL 36601, Thomas  Blake Liveoak, Esq., P.O. Box 11511, Birmingham, AL 35203, Jean Powers, Esq., P.O. Box 596, Mobile, AL 36601.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2012 I served a copy of the foregoing on the following via U.S. Mail, postage prepaid:

Sharanda Parker

P.O. Box 1382

Monroeville, AL 36461

Sharanda Parker

467 Johnson Avenue

Monroeville, AL  36460

                                                      s/JAN JONES